1 | KAREN P. HEWITT
United States Attorney
2 | GREGORY F. NOONAN
Assistant U.S. Attorney
3 | California State Bar No. *Pending*
United States Attorney's Office
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | 619 557-5790   (Telephone)/619 557-5551 (Fax)
Email: gregory.noonan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR2010-W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| RAMON HERNANDEZ-OLVERA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

1.    None.

//

//

//

1  Effective this date, the following attorneys are no longer associated with this case and should
2  not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3  Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):
4     1.   None.
5  Please feel free to call me if you have any questions about this notice.
6  DATED: August 15, 2008.

                                  KAREN P. HEWITT
                                  United States Attorney

                                  s/Gregory F. Noonan
                                  GREGORY F. NOONAN
                                  Assistant U.S. Attorney

27  Notice of Appearance                                                                      08CR2010-W
United States v. Ramon Hernandez-Olvera

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. | 08CR2010-W |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CERTIFICATE OF SERVICE | |
| v. | ) | | |
| | ) | | |
| RAMON HERNANDEZ-OLVERA, | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

IT IS HEREBY CERTIFIED THAT:

I, Gregory F. Noonan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1. Gerard Wasson, Attorney for Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on August 15, 2008.

                                                      s/Gregory F. Noonan
                                                    GREGORY F. NOONAN
                                                    Assistant U.S. Attorney

Notice of Appearance                                                                           08CR2010-W
United States v. Ramon Hernandez-Olvera